UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-141

No. 24-1753

ATTORNEY GENERAL OF THE STATE OF NEW JERSEY;
NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION;
THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION; THE ADMINISTRATOR OF THE
NEW JERSEY SPILL COMPENSATION FUND; ACTING DIRECTOR
NEW JERSEY DIVISION OF CONSUMER AFFAIRS

v.

THE DOW CHEMICAL COMPANY;
LEGACY VULCAN LLC, formerly known as Vulcan Materials Company;
VIBRANTZ CORPORATION, formerly known as Ferro Corporation;
ABC CORPORATIONS 1-10, Names Fictitious,
Appellants

(D.N.J. No. 3-23-cv-02449)

Present: SHWARTZ and CHUNG, Circuit Judges

1. Motion by Appellants for a Stay of State Court Proceedings Pending Appeal

2. Response by Appellees in Opposition to Motion for a Stay Pending Appeal

Respectfully,
Clerk/CJG

_____ORDER_____

The foregoing motion by Appellants for a stay of state court proceedings pending appeal is DENIED.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: July 24, 2024
CJG/cc: Matthew K. Edling, Esq.
Quentin C. Karpilow, Esq.

Dianna E. Shinn, Esq.
Mary Rose Alexander, Esq.
Elliott M. Davis, Esq.
Kasdin M. Mitchell, Esq.
Felice B. Galant, Esq.
Eric K. Blumenfeld, Esq.